IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIZETH PINOTH, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | 1:14-cv-01803 |
| | : | |
| ERIC H, HOLDER, at al. | : | Hon. John E. Jones III |
| | : | |
| Respondents. | : | |

ORDER

**January 29, 2015**

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE** the case.

BY THE COURT:

s/John E. Jones III
John E. Jones III
United States District Judge